```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00971
   EDGAR GARCIA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-1643
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/17/08 and confirmed on 03/21/08.

    2.  The case was dismissed after confirmation, 08/08/2008.

    3.  The Debtor paid a total of $   3300.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 10788.30 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | 1712.05 | .00 | 1712.05 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 3081.69 | .00 | .00 |
| WESTLAKE COUNTRY FOURS C | SECURED | 10177.80 | .00 | 339.66 |
| WESTLAKE COUNTRY FOURS C | SECURED | 463.47 | .00 | 30.00 |
| FIFTH THIRD BANK | SECURED VEHIC | 7644.09 | 106.88 | 694.70 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY PROP MGMT CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1349.12 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4113.93 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1086.95 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1962.92 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 251.46 | .00 | .00 |
| CHASE BANK | UNSECURED | 1066.02 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 511.07 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 746.52 | .00 | .00 |

              Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 33867.40 | 1962.92 | 9125.07 | .00 | 44955.39 |
| PRINCIPAL PAID | 2776.41 | .00 | .00 | .00 | 2776.41 |
| INTEREST PAID | 106.88 | .00 | .00 | .00 | 106.88 |
| TOTAL PAID | 2883.29 | .00 | .00 | .00 | 2883.29 |

The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $   3500.00
and was paid $    635.50   direct and $    225.32   through the plan.

The Trustee received $     191.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE